Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STARCANIA FORD,

Plaintiff,

vs.

U.S. BANK, NATIONAL
ASSOCIATION; EQUIFAX
INFORMATION SERVICES, LLC;
TRANS UNION LLC; AND DOES
1-10 inclusive,

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case Number:**

2:25-cv-00416-RGK-AJR

**NOTICE OF SETTLEMENT OF ENTIRE MATTER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to Defendant U.S. BANK, NATIONAL ASSOCIATION. As such, Plaintiff has settled with all Defendants. Plaintiff requests that the Court take all future hearings and deadlines off calendar pending the filing of dismissal documents. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** March 24, 2025          **Law Offices of Todd M. Friedman, P.C.**

By: s/ Todd M. Friedman
Todd M. Friedman, Esq.

## <u>CERTIFICATE OF SERVICE</u>

Filed electronically on March 24, 2025, with:

United States District Court CM/ECF system

Notification sent electronically on March 24, 2025 to:

To the Honorable Court, all parties and their Counsel of Record


By: <u>s/ Todd M. Friedman</u>
Todd M. Friedman, Esq.