JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARCANIA FORD,<br><br>Plaintiff,<br><br>       vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; AND DOES 1-10 inclusive,<br><br>Defendant(s). | CASE NO.<br><br>2:25-cv-00416-RGK-AJR<br><br>[~~PROPOSED~~] ORDER TO DISMISS<br><br>[24] |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed with prejudice as to Defendant EQUIFAX INFORMATION SERVICES, LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.  As Defendant EQUIFAX INFORMATION SERVICES, LLC is the only remaining defendant, all dates are vacated and the Clerk shall close this action.

IT IS SO ORDERED.

Dated: 3/27/2025

*Gary Klausner*
_____
Hon. R. Gary Klausner
U.S. District Judge